UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARMEEN DENISE WASHINGTON,

               Plaintiff,

-against-

JP MORGAN CHASE BANK INCORPORATION, et al.,

               Defendants.

23-CV-5819 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On July 14, 2023, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"). On August 24, 2023, however, the order was returned to the court as undeliverable. On August 31, 2023, the Court directed Plaintiff, within 30 days, to update her address of record. That order specified that failure to comply would result in dismissal of the action without prejudice. *See, e.g.*, *Toussaint v. Maryland Dep't of Transp.*, No. 23-CV-0271 (D. Md. Mar. 21, 2023) (dismissing action without prejudice following Plaintiff's failure to update the court with his new address). Plaintiff has not updated her address. Accordingly, the Court dismisses this action without prejudice.

## CONCLUSION

    The Court dismisses this action without prejudice. All other pending matters in this case are terminated.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:  October 11, 2023
        New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge