UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMEEN DENISE WASHINGTON,<br><br>                              Plaintiff,<br><br>          -against-<br><br>JP MORGAN CHASE BANK INCORPORATION, ET AL,<br><br>                              Defendants. | 23-CV-5819 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 11, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 11, 2023
         New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge